IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Baker, Tarolyn | Case Number: 07 B 19684 |
| | Judge: Hollis, Pamela S |
| Printed: 10/29/08 | Filed: 10/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,150.00 | |
| Secured: | | 3,051.81 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,743.00 |
| Trustee Fee: | | 355.19 |
| Other Funds: | | 0.00 |
| Totals: | 6,150.00 | 6,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James M Philbrick | Administrative | 500.00 | 500.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,243.00 | 2,243.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 7. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 8. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 9. | GMAC Auto Financing | Secured | 19,566.82 | 2,200.00 |
| 10. | EMC Mortgage Corporation | Secured | 5,979.73 | 0.00 |
| 11. | Washington Mutual | Secured | 7,489.59 | 428.55 |
| 12. | Bank Of New York | Secured | 7,397.14 | 423.26 |
| 13. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 14. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 15. | Target National Bank | Unsecured | 1,143.15 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 783.12 | 0.00 |
| 17. | Nicor Gas | Unsecured | 540.40 | 0.00 |
| 18. | Capital One | Unsecured | 785.05 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 931.69 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 446.68 | 0.00 |
| 21. | GMAC Auto Financing | Unsecured | 0.06 | 0.00 |
| 22. | World Financial Network Nat'l | Unsecured | 1,192.06 | 0.00 |
| 23. | Harris & Harris | Unsecured | | No Claim Filed |
| 24. | Discover Financial Services | Unsecured | | No Claim Filed |
| | | | $ 48,998.49 | $ 5,794.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Baker, Tarolyn

Printed: 10/29/08

Case Number:  07 B 19684
Judge:  Hollis, Pamela S
Filed:  10/23/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 218.69 |
| 6.5% | 136.50 |
|  | $ 355.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

